UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:12-CV-00218-BR

| | |
|---|---|
| HARRY M. KNIGHT, ) | |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| GE-HITACHI NUCLEAR ENERGY ) | |
| AMERICAS, LLC, ) | |
| GLOBAL NUCLEAR FUEL-AMERICAS, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on defendants' motion to compel arbitration or, alternatively, to dismiss for lack of subject matter jurisdiction. (DE # 16.) Plaintiff has filed a response to the motion, indicating his consent to the motion and requesting (on behalf of all parties) to stay this action pending arbitration. (DE # 24.) The motion to compel arbitration is ALLOWED. This case is hereby STAYED until 13 May 2013. If by that date no party has filed a motion to confirm the arbitration award or otherwise demonstrated that defendants should be required to answer the complaint, the Clerk is DIRECTED to administratively close this case, subject to it being reopened upon appropriate motion of any party.

This 13 November 2012.

W. Earl Britt
Senior U.S. District Judge